IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

LORRAINE HATCHER, on behalf of herself
and all others in a class similarly situated                      PLAINTIFFS

CASE NO. 4:21-CV-00520-BRW

vs.

DLP PROPERTY MANAGEMENT, LLC
d/b/a PROSPER RIVERDALE and d/b/a
PROSPER PLEASANT VALLEY, PROSPER
RIVERDALE, CHERYL CRAIG, DON WENNER,
ROBERT PETERSON, EBONY JOSHUA,
CITY OF LITTLE ROCK, CENTRAL
ARKANSAS WATER, and CONSERVICE                          DEFENDANTS

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff, on behalf of herself and those similarly situated, hereby gives notice that the above captioned action is voluntarily dismissed without prejudice against each and every named defendant herein, DLP Real Estate Management, LLC, Don Wenner, Robert Peterson, Prosper Riverdale, Ebony Joshua, Cheryl Craig, City of Little Rock, Central Arkansas Water, and ConService.

Date:   August 18, 2021

BY: _____
LORRAINE HATCHER, Attorney at Law,
AR SUP CT # 2003-009
Plaintiff, and on behalf of all others similarly situated
P.O. Box 21294
Little Rock, AR 72221

Phone: (501) 681-2402
e-mail: lorrainehatcher@yahoo.com